```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ZACH WESTER, Derivatively on Behalf of
Nominal Defendant APPHARVEST, INC,

        Plaintiff,

  -against-           22-CV-5031

                ORDER

KIRAN BHATRAJU, CIARA BURNHAM,
GREGORY COUCH, ANNA MASON,
MARTHA STEWART, R. GEOF ROCHESTER,
JEFFREY UBBEN, ROBERT J. LAIKIN,
JONATHAN WEBB, DAVID LEE, and LOREN
EGGLETON,

        Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties filed, and this Court approved, a joint stipulation on July 22, 2022, staying the case pending the resolution of motions to dismiss filed in the related matter *In re AppHarvest Securities Litigation*, No. 21-cv-07985 (S.D.N.Y.)

  WHEREAS an Initial Pretrial Conference in this matter is currently scheduled for Friday, August 12, 2022.

  IT IS HEREBY ORDERED that the IPTC and all other deadlines in this matter are adjourned *sine die* pending the resolution of the motions to dismiss in *In re AppHarvest Securities Litigation.*

  IT IS FURTHER ORDERED that the parties are directed to file a joint status update with this Court within **one week** of the resolution of the motions to dismiss in *In re AppHarvest Securities Litigation.*

**SO ORDERED.**

                                                        _____

**Date:  August 4, 2022**                                         **VALERIE CAPRONI**
        **New York, New York**                               **United States District Judge**